Robin C. Emmans
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Attorney for Defendant
Jose Aguirre-Ruiz

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 22-cr-2021-SMJ-3 |
| Plaintiff, | |
| vs. | MOTION IN LIMINE REGARDING VIDEO CONTENT |
| JOSE AGUIRRE RUIZ, | |
| Defendant. | |

MOTION

Comes now defendant, Jose Aguirre Ruiz, by and through counsel, and moves this court for an order precluding government witnesses from discussing the content of government's trial exhibits 2 and 12.

MEMORANDUM

The informant is the necessary witness for the admission of the wire recording of his meeting with the defendant. Admissibility of recorded conversations hinges on

- 1 -

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

whether or not the proponent can authenticate the content of the recording. FRE 901 makes clear that in order to authenticate evidence, the proponent bears the burden of producing "evidence sufficient to support a finding that it is what the proponent claims it is." This can be satisfied by testimony, but it has to be testimony of a witness with knowledge that the item is what it is claimed to be.

The defense has been provided with several reports describing the July 29, 2021 alleged exchange of cash for drugs between an informant and Mr. Aguirre Ruiz. The various reports list nine officers, four of whom appear on the government's witness list. These officers are reported to have participated in various ways as the informant was equipped with audio/video recording devices and the two men, informant and defendant, met. There is no indication that the recording device was also a transmitter. Because of this, none of the law enforcement witnesses has direct knowledge of what the recording contains. They can testify that the recording device was attached and retrieved, but not as to the authenticity of its contents. This is personal knowledge only the informant can provide.

CONCLUSION

Based upon the foregoing, the defense therefore requests that government witnesses other than the informant be precluded from discussing the contents of the audio/videorecording to be offered by the government at trial.



217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

DATED: February 17, 2023

    s/ Robin C. Emmans
Robin C. Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com
Attorney for Jose Aguirre Ruiz

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Frances Walker, AUSA Michael Murphy.

    s/ Robin C. Emmans
Robin C. Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com
Attorney for Jose Aguirre Ruiz

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771