FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 27 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE AGUIRRE-RUIZ (3),<br><br>Defendant. | No. 1:22-CR-02021-MKD-3<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

We would like to review Exhibit 002 & 002a.

DATED at this 27 day of February 2023, at Yakima, Washington.

TIME: 3:14

Juror No. 5

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1