FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:22-CR-02021-MKD-3 |
|---|---|
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT |
| v. | |
| JOSE AGUIRRE-RUIZ (3), | **ECF Nos. 217, 219** |
| Defendant. | |

Before the Court is the United States' Response to Defendant's Renewed Motion to Dismiss and Government's Motion to Dismiss, ECF No. 219.  The United States moves the Court to dismiss Count 2 of the Indictment, ECF No. 1, pursuant to Fed. R. Crim. P. 48(a).  Fed. R. Crim P. 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."  The Court has reviewed the record and the motion and finds good cause grant leave to dismiss the Indictment.

ORDER – 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Response to Defendant's Renewed Motion to Dismiss and Government's Motion to Dismiss, **ECF No. 219**, is **GRANTED.**

2. Count 2 of the Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** as to Defendant Jose Aguirre-Ruiz (3).

3. All hearings pertaining to Defendant Aguirre-Ruiz (3), in Case No. 1:22-CR-02021-MKD-3, if any, are **STRICKEN**, and all pending motions, if any, including ECF No. 217, are **DENIED AS MOOT**.

4. A separate order dispersing bond will issue.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, the United States Probation Office, the United States Marshals Service and **CLOSE** the file.

**DATED** July 21, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2